AO 91 (Rev. 11/11)  Criminal Complaint

FILED IN OPEN COURT

# UNITED STATES DISTRICT COURT

1/27/2020

### for the

### Middle District of Florida

CLERK, U S DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA

|  |  |
|---|---|
| United States of America | ) |
| v. | ) |
| TIMOTHY WADE VERES III | ) |
|  | ) |
|  | ) |
|  | ) |
|  | ) |

Case No.

3:20-mj- 1039-JRK

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ January 26, 2020 _____ in the county of _____ Duval _____ in the _____ Middle _____ District of _____ Florida _____ , the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 2251(d)(1(A) | Publishing a notice seeking a visual depiction of a minor engaging in sexually explicit conduct |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Ashley Wilson, HSI Special Agent
_____
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 1-27-20

_____
*Judge's signature*

City and state: _____ Jacksonville, Florida _____

James R. Klindt, U.S. Magistrate Judge
_____
*Printed name and title*

## AFFIDAVIT

I, Ashley Wilson, being duly sworn, state as follows:

1.      I am a Special Agent (SA) with Immigration and Customs Enforcement (ICE), Homeland Security Investigations (HSI), an agency of the United States Department of Homeland Security (DHS), and have been so employed since October 2007. I am currently assigned to the Office of the Assistant Special Agent in Charge Jacksonville, Florida, where I conduct a variety of investigations. Prior to this assignment, I was assigned to the Office of the Deputy Special Agent in Charge Laredo, Texas for approximately 6 years also as a Special Agent. I have a Bachelor's degree in Criminal Justice. I am a law enforcement officer of the United States and am thus authorized by law to engage in or supervise the prevention, detection, investigation or prosecution of violations of federal criminal law. I am responsible for enforcing federal criminal statutes under the jurisdiction of HSI, including violations of law involving the exploitation of children. I participated in a 22-week training program at the Federal Law Enforcement Training Center in Brunswick, Georgia, which included the Criminal Investigator Training Program and ICE Special Agent Training. In my capacity as a Special Agent, I have participated in numerous types of investigations, during which I conducted or participated in physical surveillance, undercover transactions and operations, historical investigations, and other complex investigations. Since becoming a Special Agent, I have worked with experienced Special Agents and state and local law enforcement officers who also investigate child

exploitation offenses.

2.     I have investigated and assisted in the investigation of criminal matters involving the sexual exploitation of children that constituted violations of Title 18, United States Code, Sections 2251, 2252, 2252A, 2422, and 2423, as well as Florida state statutes that criminalize sexual activity with minors and other methods of child sexual exploitation. In connection with such investigations, I have served as case agent and have served as an undercover agent in online child exploitation cases. Specifically, during the course of my official duties, I have assumed the persona of a minor child or an adult relative of a minor child and engaged in online conversations with adult individuals who expressed interest in engaging in illegal sexual activity with minor children. During the course of my investigations, I have worked closely with members of the local child exploitation task force comprised of agents and officers from HSI, the Federal Bureau of Investigation (FBI), the Florida Department of Law Enforcement (FDLE), the Jacksonville Sheriff's Office (JSO), the St. Johns County Sheriff's Office (SJSO), and the Clay County Sheriff's Office (CCSO), among other agencies. These agencies routinely share information involving the characteristics of child sex offenders as well as investigative techniques and leads. As a federal agent, I am authorized to investigate and assist in the prosecution of violations of laws of the United States, and to execute search warrants and arrest warrants issued by federal and state courts.

3.     The statements contained in this affidavit are based on my personal knowledge, as well as on information provided to me by experienced Special Agents and other law enforcement officers and personnel. This affidavit is being submitted for the limited purpose of establishing probable cause for the filing of a criminal complaint, and I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause to believe that TIMOTHY WADE VERES III has committed a violation of Title 18, United States Code, Section 2251(d)(1)(A), that is, publishing a notice seeking a visual depiction of a minor engaging in sexually explicit conduct.

4.     I make this affidavit in support of a criminal complaint against TIMOTHY WADE VERES III that is, on or about January 26, 2020, in the Middle District of Florida, TIMOTHY WADE VERES III, using a facility of interstate commerce, that is, by cellular telephone, did knowingly and willfully publish a notice seeking a visual depiction of a minor engaging in sexually explicit conduct.

5.     On January 26, 2020, the Naval Criminal Investigative Service (NCIS), CCSO, and HSI conducted a joint operation in which law enforcement officers worked undercover on the internet to target individuals who were seeking to meet minor children for the purpose of engaging in illegal sexual activity.  These officers were located in an undisclosed residence in Clay County and I was a participant in this operation. While working online in an undercover capacity during the operation, I

3

created an online persona using a particular chat application. Based on my training and experience, I know that this particular application allows individual users to meet online, engage in conversation, and exchange photos. I assumed the persona of a 13-year-old girl.

6.     On January 26, 2020, an individual who went by the screen name of "wow_Awesome" and who was subsequently identified as TIMOTHY WADE VERES III, began actively contacting my undercover persona. The conversation between me and "wow_Awesome" began on January 26, 2020, at approximately 3:22 p.m. and ended on the same day at approximately 8:20 p.m. within the particular online application. I preserved all the messages and they are as follows:

VERES III:   Wish I was having some fun today (cat emoji)

Me:          ya!

VERES III:   You having any?

Me:          want to

VERES III:   Ah what kind of fun you wanting to have?

             And how old are ya?

             Hmm?

Me:          idk, whatever

VERES III:   Lol so you don't know what you're trying to do today?

             How old are you tho

4

Me:          prolly too young for u

VERES III:   I doubt that tbh

             Tho I probable would be too old in your eyes (cat emoji)

Me:          Im 13 (monkey emoji)

             u?

VERES III:   Wow (cat emoji) I'm 23

             Whatcha look like (emoji)

Me:          well im a white gurl

             (cat emoji)

             U?

VERES III:   Lol nice xD that's a start (cat emoji) I'm a chubby white guy

Me:          lol

VERES III:   (cat emoji) so what's on your mind little one

Me:          nuthin really, bored

VERES III:   Aww what do you like to do? And I'd offer to go get you and like

             take you out somewhere but might be weird (cat emoji)

Me:          aww thats nice of u

             I like tv, movies, and hangin with my friends

             U?

5

VERES III:   Yea <3 I try to be nice and all I'm doing right now is laying in

bed playing with myself lmao

Wait tmi sorry

And I like video games movies card games chilling with people

talking to new people

Me:   oh u r? whats that

VERES III:   What's what? And yes I am

Me:   playing with urself??

VERES III:   Oh, I'm rubbing my thing right now (cat emoji) sorry you

don't need to know that

Me:   ohh (emoji)

VERES III:   Yea lmao I'm bored and it hasn't gone away for hours now

Me:   y not

VERES III:   Because I cant finish :/

Me:   finish what

VERES III:   I haven't been able to cum yet

Me:   (emoji) oh

VERES III:   I'm sorry lol I usually need pictures from someone I'm talking to

so I can imagine having them before I can finish porn doesn't do

it for me :( idk why I keep telling you this stuff I'm sure you're

6

embarrassed now

Me:          ya, a little (monkey emoji)(monkey emoji)

havent done that before

VERES III:  Aww adorable (cat emoji) sorry

Havent done what before?

Me:          whatever ur doin

VERES III:  You havent masturbated before?

Me:          dont think so

(emoji)

VERES III:  You havent rubbed down there with your fingers and tried

finding what feels good?

Me:          omg no!!

(cat emoji)

VERES III:  Wow I'm surprised tbh

Like I started when I was 11/12 and I knew girls that had been

doing it that long too just thought everyone did it sorry

Me:          ohh ok

YA, guess i didnt learn that

VERES III:  You should try it one day or you could have someone else do it

for you (cat emoji)

7

And I didnt think it was something to be learned

Soooooooo imma guess you dont wanna hang out at all anymore

eh?

Me:       i didnt say that

VERES III:    Haha okay I was just making some super sexual conversation so

thought maybe I might be scaring you away

Me:       nice of u, im not scared

(emoji)

VERES III:    Why that emote? And I'm glad you're not scared :p

Me:       Bc thats the one that came up when I said scared

hehe

VERES III:    Ooooh okay lol :p but you said you're not sared ;p

Have you ever sent pics of your parts before?

Me:       no, not that either

VERES III:    Darn, sad for me then :p lol sorry

So you've never done anything sexual at all ever

Me:       sorry, Im only 13, havent done much of anything (emoji)

VERES III:    Dont be sorry <3 it's okay kinda cute tbh that you havent (cat

emoji)

Me:       no

8

aww k (emoji)

VERES III:   Hehe aweh <3 adorable!

Sorry! That's probably awkward

Me:   its not awkward at all, is it for u?

VERES III:   Nope not for me either. I kinda wanna flirt and/or try and convince you to do a little with me (cat emoji) (and now you're awkward ;p)

Me:   aww do a little what

VERES III:   Sexual stuff >///< break you out of your shell a bit

Me:   tell me more

VERES III:   More what little one?

Me:   more of what ur talking bout I guess

VERES III:   Well I kinda want you to send me pictures of yourself and your special areas and/or teach you how to play with yourself

Me:   my special area??

VERES III:   Chest and between your legs. Boobs and pussy

Me:   pics of my V???? Sooooo blushing right now

VERES III:   Yea I'd love to get pis of your v. Aweh blushing is sooo adorable!

Me:   well how do i do that?!

VERES III:   What do you mean how? It's like taking a selfie except with your legs spread open and down there

Me:        thats embarrassing! (monkey emoji)

           do i have to take all my clothes off??

VERES III: It is a little bit! And you could do a few pictuers with varing

           amounts if clothes on and I'd love that but if only one then

           everything off <3 and if you'd be willing I'd also like to see your

           chest

Me:        but Im too young to have a big chest

           u prolyl wont like it

VERES III: Sorry I know I might be asking too much of you.

           I will like it <3 doesnt need to be big... as long as it's yours I'll

           like it

Me:        just embarrassed a lil, and dont want to get in trouble wit my

           mom

VERES III: Well how would she find out? And I know you're embarrassed

           and I'm sorry if you dont want to I'd understand but I would love

           to get the pictures

Me:        i guess she wouldnt, (emoji) shes not home right now

VERES III: See! Itll be okay! And you dont have to tell her ever :p she

           wouldnt know <3

Me:        im nervous!

VERES III:   Dont be! What's making you so nervous?

Me:          dont really know how to do it, and if u will like it

VERES III:   I promise you I'll like it <3 and you just hae to try and get some

             practice I can give you pointers after the first one

Me:          what if im not good at it tho??

VERES III:   Well you wont be the first few times you do it you've never done

             it before itll still be perfect because it comes from you<3

Me:          U really want a picture of my vagina?? is this normal for people

             to do??? (monkey emoji) (monkey emoji)

VERES III:   I mean it seems normal to me because it happens a good amount

             and yes I really want a pic of your v and chest

Me:          havent u seen one in real life b4??

VERES III:   I've seen a lot on real life but each one is different and I want to

             see your stuff <3

Me:          ohh, ur just playin with me then

VERES III:   What do you mean?

Me:          if u have seen alot, y do u need to see mine

VERES III:   Because I want to see yours because it would be special and I

             kinda wanna do things with you and stuff.

             Just because I've seen more doesnt mean i dont wanna see more

11

Me:         ohh, what kinda things or stuff do u wanna do with me (emoji)

VERES III:  Well I wanna see your v and chest so I could see what I might be

            playing with if we decided to hang out and do things

Me:         well when would we hang out??

VERES III:  I dont know I figured youd wanna get to know me a little more

            first

Me:         ya, i dont even know ur name

VERES III:  Tim :) you?

Me:         Ashley (emoji)

VERES III:  Nice to meet you Ashley!

Me:         u too!

VERES III:  Yay! Lol

Me:         (emoji)

VERES III:  So what's your kind of style? Dresses skirts pants etc?

            Aweh!!! So adorable!

Me:         lil sporty but cute dresses too

            U?

VERES III:  Sporty? And I mostly just wear Jean's and t shirts with hoodies

Me:         thats cute

VERES III:  I'm on the bigger side would that be okay with you?

12

Me:          Ya, just shorts and shirts

             ya, thats ok

             (cat emoji)

VERES III:   Ah gotcha :p that's pretty simple and sounds cute ^~^

             I hope you like me xD

Me:          aw thanx

VERES III:   Welcome (cat emoji) (cat emoji)

Me:          im blushing

VERES III:   Awehs!! Why?

Me:          bc ur nice

VERES III:   I try my best to be <3

Me:          (purple heart emoji)

VERES III:   Aweh!!!!

             You're adorable! I wonder if you look as adorable as you seem :p

             And what grade are you in?

Me:          ur sweet! i hope so

VERES III:   Hehe aww :p well send me a selfie?

VERES III:   We can find out :p

Me:          Im in 7th grade

             r u in school still too?

13



VERES III:   Ah okay! No I graduated from hs few years ago and havent been

back to college yet

Me:          kool!

VERES III:   I guess so :p I work a decent amount

So how and when would we even be able to hang out? I'm sure

you cant just leave your house lol.

Me:          ya? What is ur job

VERES III:   I drive case (cat emoji) its pretty cool

Me:          umm my mom is working all night, but i have to stay at home

u do??? what does that mean

VERES III:   Aaah so if we were to hang out it would have to be at your

house?

I do uber so I drove people around and I also move cars around

the city for a rental company

Me:          ive heard of uber!

sounds kool

yes, at my house (emoji) sorry

VERES III:   I sure hope you had its everywhere lol. Yea its pretty cool I enjoy

driving so getting paid for it is awesome. And why sorry? I'm

okay with that! Lol what about your dad?

14



Me:            hehe i wish i could drive

VERES III:    You will in a few years :p

Me:            do u have a kool car?

VERES III:    Nah sadly it's just a basic car

Me:            at least u have a car, (emoji) I think it's kool whatever it is

VERES III:    (cat emoji) it's just a basic little corolla it does its job I love it

              So… wanna trade selfies then see if you wanna chill at your

              house?

Me:            Maybe, just my face?

VERES III:    Or not (cat emoji) up to you

              Yes this time just face :p

Me:            Hehe

VERES III:    Or well a regular selfie ofc just clothed

Me:            will u send one first? (emoji)

VERES III:    I asked so you first :p

              (cat emoji)

Me:            hold on

VERES III:    Okie :p

Me:            [I sent a non-pornographic picture of a clothed adult female that

              had been previously prepared for use in this type of investigation.

The edited photo is of an adult female.].

VERES III:   How do I know that's really you huh? :p lol

Me:             bc u asked for a pic of me silly

VERES III:   It could be a picture off the internet because shes just sooo cute!

Me:             aww (emoji) ur 2 sweet

VERES III:   Naaah it's the truth :p

                   And that's my ugly mug

                   [A non-pornographic picture of an adult white male was

                   received. On the same date, after identifying the user as VERES

                   III, I believe the picture matches VERES III's Florida driver's

                   license photograph that I have reviewed.]

Me:             ur cute! whats ugly mug mean

VERES III:   Ugly mug = mugshot face pic lol I was calling myself ugly

                   But aweh thanks for calling me cute <3

Me:             ohh, no ur not!

VERES III:   Aweh thanks ^~^

                   So wanna send me your address and we can hang out? Watch a

                   movie and cuddle?

                   And how many people are you talking to xD out of curiosity

                   If I make you uncomfortable let me know or if I'm trying to



move to fast ot something xD

I'm easy to get along with

Me:    u just want to cuddle? how do i know ur not a murderer???

(emoji)

VERES III:  Do I look like a murderer? Nah trust me if i was i would already have found you or some shit lmao and i mean I'd like more but only if youd want it I wouldnt push boundaries if you didnt wanna do things <3 so yes just cuddles unless youd WANT more

Me:    u dont look like a bad guy and u have been nice to me so far

(emoji)

VERES III:  And will continue to be nice (cat emoji) I dont wanna upset or hurt you ever <3

Me:    brb! i need to shower first

VERES III:  Haha aweh! Okay!

Dang wish youd send me a picture before the shower lol

I wonder how long your showers take xD

Me:    feel much better! (emoji)

VERES III:  Glad you feel better!! (cat emoji)

I'm kinda nervous (emoji)

Me:    me too (monkey emoji) (monkey emoji)

is that ok ?

VERES III:   Aweh! Cute! And yes it's okay! Heh when does your mom get

home? And dad not around?

Me:   hehe ok, my mom is working all Night so she wont be home for a

While my dad isnt around, i dont have a raltiknship with him

relationship

VERES III:   Okie ^~^ was just curious and aww sorry to hear that

Me:   thanx (purple heart emoji)

VERES III:   Welcome (pink heart emoji) so… you wanna? Sorry I'm kinda

getting shy now xD

Me:   what time u wanna come over?

VERES III:   I'd be down for right now if you wanted to (cat emoji)

Would just be a little shy and nervous at first

Me:   k! im bout to eat some food my mom left for me real quick

VERES III:   How longw will that be? I could start headed that way?

Me:   i live off [street name provided]

VERES III:   Abut 25 ish from me :p

Me:   k, wanna come over at 730?

VERES III:   Like be there at 730?

Me:   ya, that ok?

18

VERES III:   Yea sounds like a plan lol I'll need a better address once time is

closer tho lol

Me:   k kool! Message me when ur bout 10 minutes away

VERES III:   Okay :) sounds good to me

Enjoy the foods

Me:   i will (emoji)

VERES III:   Good!

I left a litte late couldnt find my underwear (cat emoji) but on my

way now says I'll be there 745

Me:   k, (cat emoji) (emoji) there is a circle k at [street name provided]

and blending, message me when u r at the circle k

VERES III:   Okie!

Can you send me another selfie with a peace sign and sticking

your tongue out? It would be adorable

Me:   [I sent a non-pornographic picture of the same adult female in the

dark showing a peace sign.]

VERES III:   What are you doing lol and aweh!!!

Me:   waiting on u (monkey emoji) (emoji)

VERES III:   You look like you're all snuggled up and aweh!!!

Me:   ya its cold out!

19

VERES III:   Awwww cute! I'm getting off the highway about 10 away now :p

Me:          k let me know when ur there!

VERES III:   What I cant have to address now? Why do I have to be there first

Me:          bc i want some skittles!!! (emoji) (cat emoji) (purple heart emoji)

VERES III:   Regular? Send me the address and I'll pick some up on the way I

             I promise

             I'm actually at a gate now getting gas cus I was low lol

Me:          do u want me to meet u at the circle k near my house??

             i can ride my bike

VERES III:   I thought you were at your house lol I was just gonna head

             straight there :/ dont need you getting cold.

             Or are you getting cold feet about me coming over

Me:          no, im not getting cold feet! Just getting ready for u (emoji)

VERES III:   Okay :p then why not just send the address?

             I just passed the circle k

             I gots the skittles

Me:          yay! thanx, just nervous bout u comin right to my house, my

             neighbor is outside and he could tell my mom if he sees u!!

             (emoji)

VERES III:   I mean hed see me either way I can always park a block away

and walk a bit

Sorry I'm just nervous about something bad happening :( I dont

wanna push you or make you uncomfortable

Me:         k, ur sweet (emoji) ill meet u at the culdesac on [street name sent]

court

VERES III:  Okie sounds good

Am I driving there or walking

Me:         drive ur car so i can get in

VERES III:  I'm getting more and more nervous lol

Me:         r u there yet??

VERES III:  Yea been here for a few mintues now lol

Me:         k! im flicking the porch light, can u see it

VERES III:  No I cant?

Now I can!

Me:         thats my house!

im walking outside

VERES III:  Okie want me to go over there or stay here?

Hmm?

Me:         come here now

VERES III:  Okay

21

Im here lol

7.     At approximately 8:15 p.m., VERES III was observed driving away from

a parked position in a culdesac near the residence in Clay County, Florida, in a Corolla

and stopped in front of the residence. The conversation continued:

Me:          k

             come inside

VERES III:  You not gonna open the door and let me in?

             I'm just gonna walk into a house?

             I'm like a vampire gotta be invited in lol

Me:          come in!

             r u comin or no???

8.     Subsequently, VERES III was arrested by CCSO officers and NCIS

agents in his Corolla that was parked in front of the residence.

9.     At approximately 8:30 p.m., CCSO Detective Ryan Ellis and I identified

ourselves to VERES III and Detective Ellis advised VERES III of his *Miranda* rights.

VERES III invoked his right to counsel and the interview was terminated.

10.    Based upon the foregoing facts, I have probable cause to believe that on

or about January 26, 2020, in the Middle District of Florida, TIMOTHY WADE

VERES III, using a facility of interstate commerce, that is, via the Internet and by

cellular telephone, did knowingly and willfully publish a notice seeking a visual

22

depiction of a minor engaging in sexually explicit conduct, in violation of 18 U.S.C. § 2251(d)(1)(A).

Ashley Wilson, Special Agent
Homeland Security Investigations

Subscribed and sworn to before me this 27ᵗʰ day of January, 2020, at Jacksonville, Florida.

JAMES R. KLINDT
United States Magistrate Judge

23